UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :      INFORMATION
                                :
WILLIE LEE STANLEY,             :      13 Cr.
                                :
        Defendant.              :
                                :      **13 CRIM 443**
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

On or about March 12, 2013, in the Southern District of New York, WILLIE LEE STANLEY, the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of that person's official duties, to wit, the defendant opposed, impeded, intimidated, and interfered with a Claims Representative of the Social Security Administration at an office of the Social Security Administration located in Bronx, New York.

(Title 18, United States Code, Section 111(a).)

PREET BHARARA
UNITED STATES ATTORNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2013